CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America**<br>v.<br>**Kelvin Cordell Gardner**<br>DOB: 1988; United States Citizen | **DOCKET NO.**<br><br>**MAGISTRATE'S CASE NO.**<br><br>25-14193MJ |

| Complaint for a violation of Title 18, United States Code, §§ 2252A(a)(5)(B) and (b)(2) |
|---|

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about November 8, 2025, at or near Nogales, in the District of Arizona, **Kevin Cordell Gardner**, using any means or facility of interstate and foreign commerce, did possess child pornography, that is, visual depictions, the production of which involved the use of minors, including pre-pubescent minors, engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256, and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise; all in violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and (b)(2).

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

On November 8, 2025, at approximately 8:24 p.m., a black 2019 Jeep (bearing Arizona temporary paper license plate 83036ER) crossed into the United States from the Republic of Mexico via the DeConcini Port of Entry in Nogales, Arizona. The driver and sole occupant, **Kelvin Cordell GARDNER**, informed CBP Officers (CBPOs) that he had traveled from Tempe, Arizona in an attempt to cross into Mexico but Mexican authorities would not permit him to enter due to the three-day temporary paper license plate on his vehicle. After being refused entry into Mexico by authorities, **GARDNER** presented himself for re-entry into the United States through the DeConcini Port of Entry by presenting himself for inspection at the primary vehicle lane. **GARDNER** was referred to the secondary inspection area for further inspection. CBPOs contacted Homeland Security Investigations (HSI) to assist with inspection of **GARDNER** and his electronic media. **GARDNER** was in possession two cellular phones (Silver Motorola cell phone and white iPhone).

HSI Special Agent (SA) Ian Elich arrived a short time later to conduct a subsequent search of **GARDNER's** Silver Motorola cell phone. Prior to SA Elich's arrival, CBPOs informed HSI SA Elich that **GARDNER** had consented to a search of one of his cellular phones, the Motorola cell phone. **GARDNER** claimed the other cell phone (white iPhone) belonged to his brother. CBPOs conducted a search of the brother's name but came up with negative search results for anyone by that name, indicating the name **GARDNER** gave was fictitious. Additionally, CBPO Carlos Egurrola conducted a cursory consent search of **GARDNER's** Motorola cell phone with negative results for CSAM (Child Sexual Abuse Material) material.

**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESS(ES) IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br><br>*Being duly sworn, I declare that the foregoing is*<br>*true and correct to the best of my knowledge.*<br><br>COMPLAINT REVIEWED by AUSA *R. Arellano* Raquel Arellano <br>Digitally signed by RAQUEL ARELLANO Date: 2025.11.10 11:07:39 -07'00' | SIGNATURE OF COMPLAINANT<br>IAN J ELICH  Digitally signed by IAN J ELICH Date: 2025.11.10 11:18:02 -07'00'<br><br>OFFICIAL TITLE & NAME:<br><br>Special Agent Ian Elich, HSI |
|---|---|
| Sworn to before me and subscribed in my telephonically. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] *Jacqueline M. Rateau* | DATE<br>November 10, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.) 25-14193MJ**
**Page 2**

HSI SA Elich along with CBPO Egurrola, escorted **GARDNER** to the second-floor interview room at the DeConcini Port of Entry. **GARDNER** proceeded to lay his head on the interview table and cry profusely. **GARDNER** began to ask SA Elich how he was going to find his way home and what was going on? **GARDNER** asked where he was in Arizona. SA Elich obliged that **GARDNER** was in Nogales, Arizona. **GARDNER** again stated he granted consent to search one of his phones (the silver Motorola) but not the other (white iPhone). During the entirety of the encounter, **GARDNER** was crying and attempted to cover his face with the hood of his sweatshirt. HSI SA Elich and CBPO Egurrola then escorted **GARDNER** back to the first floor holding cell.

HSI SA Elich retrieved **GARDNER's** silver Motorola cell phone to conduct a consented search of its contents. SA Elich discovered a chat room in the "Telegraph" application with numerous conversations involving **GARDNER** soliciting CSAM material. Specifically, **GARDNER** was self-admitting as a pedophile seeking videos/photos of young boys or girls between the ages of 0-13 engaging in sexual acts. **GARDNER's** username "Kucci Prtypv" (Phone #: 480 -336-60xx) had a profile photo clearly matching **GARDNER's** appearance.

Upon examination of the numerous "Telegraph" conversations, **GARDNER** is referred to and refers to others as "Pedos" or "Pedophiles". Within **GARDNER's** chat history, he received a video depicting a white Caucasian adult male attempting to penetrate a baby "infant" girl/boy that was being forcefully held on top of their erect penis. Additionally, **GARDNER** received another video in a separate chat depicting an infant or toddler boy being held between an adult African American male and an adult white Caucasian male while being penetrated simultaneously anally and orally by the two men. Due to the limited cellular connection at the DeConcini Port of Entry, several other images/videos were unable to load but text descriptions indicated they were also CSAM material.

HSI SA Elich placed **GARDNER** under arrest for violating 18 USC 2252A Possession/Distribution of Child Pornography.

HSI SA Elich seized **GARDNER's** silver Motorola and white iPhones for further examination.