TIMOTHY COURCHAINE
United States Attorney
District of Arizona
JENNIFER H. BERMAN
Assistant U.S. Attorney
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: jennifer.berman@usdoj.gov
Attorneys for Plaintiff

FILED
2025 DEC -3  PM 2:42
CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR25-05262 TUC-AMM(MAA)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

United States of America,

    Plaintiff,

vs.

Kelvin Cordell Gardner,

    Defendant.

I N D I C T M E N T

Violations:

18 U.S.C. §§ 2252(a)(2) and (b)(1)
(Distribution of Child Pornography)
Counts 1-2

18 U.S.C. §§ 2252(a)(2) and (b)(1)
(Receipt of Child Pornography)
Counts 3-4

18 U.S.C. §§ 2252(a)(1) and (b)(1)
(Transportation of Child Pornography)
Count 5

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about September 24, 2025, in the District of Arizona, KELVIN CORDELL GARDNER, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped

and transported in interstate and foreign commerce by means of computer, or otherwise, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 2

**DISTRIBUTION OF CHILD PORNOGRAPHY**

On or about November 26, 2023, in the District of Arizona, KELVIN CORDELL GARDNER, using any means or facility of interstate and foreign commerce, did knowingly distribute child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 3

**RECEIPT OF CHILD PORNOGRAPHY**

On or about October 26, 2025, in the District of Arizona, KELVIN CORDELL GARDNER, using any means or facility of interstate and foreign commerce, did knowingly receive child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and transported in interstate and foreign commerce by means of computer, or otherwise, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 4

**RECEIPT OF CHILD PORNOGRAPHY**

On or about September 24, 2025, in the District of Arizona, KELVIN CORDELL GARDNER, using any means or facility of interstate and foreign commerce, did knowingly receive child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, which had been shipped and

transported in interstate and foreign commerce by means of computer, or otherwise, in violation of Title 18, United States Code, Sections 2252(a)(2) and (b)(1).

## COUNT 5

## TRANSPORTATION OF CHILD PORNOGRAPHY

On or about November 8, 2025, in the District of Arizona, KELVIN CORDELL GARNDER, in or affecting interstate and foreign commerce, did knowingly transport child pornography, that is, visual depictions, the production of which involved the use of minors engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which depicted such conduct, in violation of Title 18, United States Code, Sections 2252(a)(1) and (b)(1).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Dated: 12/3/25

TIMOTHY COURCHAINE
United States Attorney
District of Arizona

REDACTED FOR PUBLIC DISCLOSURE

/s/
JENNIFER H. BERMAN
Assistant U.S. Attorneys